No. 932. ESTATE OF COLLINS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 933. HARWICK *v.* COMMISSIONER OF INTERNAL REVENUE. June 14, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Leland W. Scott* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Samuel H. Levy* and *Miss Louise Foster* for respondent.

No. 1027. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HEININGER. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Floyd L. Lanham* for respondent.

No. 903. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* ANGELOS ET AL.; and

No. 904. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* TSAKIRES ET AL. See *post,* p. 778.

Nos. 907 and 908. COLGATE-PALMOLIVE-PEET Co. *v.* UNITED STATES. See *post,* p. 778.

No. 824. METROPOLITAN-COLUMBIA STOCKHOLDERS, INC. ET AL. *v.* NEW YORK CITY. May 3, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Archibald N. Jordan* and *Glen N. W. McNaughton* for petitioners. *Messrs. Thomas D. Thacher,*